1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 DANIEL P. BJORLIN,                              No. CIV S-08-0914-LKK-CMK-P

12                  Plaintiff,

13          vs.                                           <u>ORDER</u>

14 SARO,

15                  Defendants.

16 _____/

17          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18 to 42 U.S.C. § 1983.  Pending before the court is plaintiff's application for leave to proceed in

19 forma pauperis (Doc. 2).  Plaintiff has not, however, submitted a certified copy of his prison trust

20 account statement for the six-month period immediately preceding the filing of the complaint.[1]

21 <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy

22 of his prison trust account statement or the appropriate filing fee.  Plaintiff is warned that failure

23 to comply with this order may result in the dismissal of this action.  <u>See</u> Local Rule 11-110.

24 / / /

25 _____

26          [1]       Plaintiff's application contains a copy of his inmate trust account statement, but
this copy is not a certified copy as required by 28 U.S.C. § 1915(a)(2).

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit within 30

2  days of the date of this order, a certified copy of his prison trust account statement, or the

3  appropriate filing fee.

4

5   DATED: May 7, 2008

6

7                                    CRAIG M. KELLISON
                                     UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26