IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. BJORLIN, | No. CIV S-08-0914-LKK-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| SARO, | |
| Defendants. | |
| _____/ | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's application for leave to proceed in forma pauperis (Doc. 2).

       On May 8, 2008, the court issued an order notifying plaintiff that his application was not complete in that the prison trust account statement attached to his application was not certified, and giving plaintiff 30 days to submit a certified copy of his account statement. Plaintiff has now submitted another copy of his prison trust account statement, but again it is not certified.  28 U.S.C. § 1915(a)(2) requires a prisoner requesting to proceed in forma pauperis provide to the court a *certified* copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint.  <u>See</u> 28 U.S.C. § 1915(a)(2).

1        Plaintiff's uncertified copies are not sufficient. If plaintiff is experiencing difficulties in obtaining a certified copy, he is to notify the court outlining what steps he has followed in attempting to obtain a certified copy of his account statement. Plaintiff will be provided another the opportunity to submit the required *certified* copy of his prison trust account statement or a notification that he has attempted to and explaining why he has been unable to obtain it. Plaintiff is warned that failure to comply with this order may result in the dismissal of this action. See Local Rule 11-110.

       Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit within 30 days of the date of this order, a *certified* copy of his prison trust account statement, or a notification that he has attempted to obtain a certified copy and explaining why he has been unable to obtain it.

DATED: June 4, 2008

                                       /s/ Craig M. Kellison
                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE