1

2

3

4

5              **IN THE UNITED STATES DISTRICT COURT**

6              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8    DANIEL P. BJORLIN,                    No. CIV S-08-0914-LKK-CMK-P

9              Plaintiff,

10       vs.                               ORDER

11   SARO,

12             Defendants.

13   _____/

14             Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

15   to 42 U.S.C. § 1983.  Pending before the court is plaintiff's application for leave to proceed in

16   forma pauperis (Doc. 2) and motion for extension of time (Doc. 8).

17             On May 8, 2008, the court issued an order notifying plaintiff that his application

18   was not complete in that the prison trust account statement attached to his application was not

19   certified, and gave plaintiff 30 days to submit a certified copy of his account statement.  Plaintiff

20   submitted another uncertified copy of his prison trust account statement on May 19, 2008.  The

21   court issued another order on June 5, 2008, requiring a *certified* copy pursuant to 28 U.S.C. §

22   1915(a)(2).  Plaintiff has now filed a motion for additional time to obtain a certified copy.

23   Plaintiff indicates in his motion that he has submitted his requests to prison officials, including

24   filing an inmate grievance form 602, but has not been able to obtain the certified copy needed

25   from the prison officials.  Plaintiff states he does not know what else he can do to obtain a

26   response from the proper authorities.

                                            1

1    It thus appears that plaintiff's inability to comply with the court's June 5, 2008,

2  order is no fault of his own, but is due to the inaction of prison officials.  Because plaintiff has

3  otherwise demonstrated by affidavit that he is indigent and entitled to in forma pauperis status,

4  see 28 U.S.C. § 1915(a), the court will conditionally grant his application subject to later

5  submission of a certified copy of his prison trust account statement.  By separate order the court

6  will direct prison officials to submit a certified copy of plaintiff's trust account statement.

7  Plaintiff's "Motion to Compel" will be denied as unnecessary.

8    Accordingly, IT IS HEREBY ORDERED that:

9    1.    Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is

10  granted;

11    2.    Plaintiff's motion for an extension of time (Doc. 8) is denied as

12  unnecessary;

13    3.    Plaintiff is required to pay the full statutory filing fee of $350.00 for this

14  action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

15    4.    No initial partial filing fee will be assessed pursuant to 28 U.S.C.

16  § 1915(b)(1); and

17    5.    Plaintiff will be obligated for monthly payments of twenty percent of the

18  preceding month's income credited to plaintiff's prison trust account, such payments to be

19  forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's

20  account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C.

21  § 1915(b)(2).

22

23   DATED:  June 18, 2008

24    _____
     **CRAIG M. KELLISON**
25    UNITED STATES MAGISTRATE JUDGE

26