IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL P. BJORLIN,                                    No. CIV S-08-0914-LKK-CMK-P

      Plaintiff,

  vs.                                                                        ORDER

SARO,

      Defendants.

_____/

    To:    The California Department of Corrections and Rehabilitation
           1515 S Street, Sacramento, California 95814:

        Plaintiff, a prisoner proceeding pro se and in forma pauperis, is obligated to pay the full statutory filing fee for this action.  On June 19, 2008, the court issued an order directing the director of the agency referenced above, or a designee, to submit to the court within 30 days a certified copy of plaintiff's trust account statement.  To date, no certified trust account statement has been submitted.  The director of the agency referenced above, or a designee, shall show cause in writing, within 20 days of the date of this order, why appropriate sanctions should not be imposed for failure to comply with the court's order.  Submission of a certified copy of plaintiff's trust account statement, under cover of the attached Notice of Submission of Documents, within

1

1 | the time provided, shall constitute an adequate response to this order.
2 |         IT IS SO ORDERED.
3 |
4 | DATED: October 15, 2008
5 |
6 |                                       **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. BJORLIN, | No. CIV S-08-0914-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SARO, | |
| Defendants. | |
| _____/ | |

NOTICE OF SUBMISSION OF DOCUMENTS

I hereby submit a certified copy of plaintiff's prison trust account statement.

DATED: _____      _____
                                Director or designee

3