IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. BJORLIN, | No. CIV S-08-0914-LKK-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| SARO, | |
|     Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for additional time to submit a copy of his prison trust account statement (Doc. 15).

      Plaintiff has misconstrued the court's recent orders. Plaintiff has been granted conditional leave to proceed in forma pauperis. The court has ordered the director of the California Department of Corrections and Rehabilitations to show cause why sanctions should not be imposed for failure to comply with the court's order to submit a certified copy of plaintiff's prison trust account statement. Therefore, in relation to his application to proceed in forma pauperis, there is currently no action required from plaintiff.

/ / /

1

However, on October 20, 2008, plaintiff's complaint was dismissed for failure to state a claim.  Plaintiff was granted leave to amend his complaint within 30 days of service of that order.  Plaintiff is informed that if he wishes to continue with this matter, he needs to timely file an amended complaint.

Accordingly IT IS HEREBY ORDERED that plaintiff's request for an extension of time (Doc. 15) is denied as unnecessary.

DATED: October 29, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2