IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. BJORLIN, | No. CIV S-08-0914-LKK-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| SARO, | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's application for leave to proceed in forma pauperis (Doc. 18).

      Plaintiff had difficulty obtaining a certified copy of his prison trust account.  On June 19, 2008, the court conditionally granted plaintiff's motion for leave to proceed in forma pauperis.  On the same day, the court issued an order directing the director of the California Department of Corrections and Rehabilitation to submit to the court a certified copy of plaintiff's trust account statement directly to the court.  No statement was submitted.  Accordingly, on October 16, 2008, the court issued an order to show cause to the director of the California Department of Corrections and Rehabilitation, to show cause why appropriate sanctions should not be imposed.

1  On November 21, 2008, plaintiff submitted a new application for leave to proceed
2  in forma pauperis, which includes the required certified copy of his trust account statement.
3  The order to show cause is therefore discharged.  Plaintiff's application confirms he is entitled to
4  proceed in forma pauperis as required by 28 U.S.C. § 1915(a), and his in forma pauperis status is
5  confirmed.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1. The order to show cause issued October 16, 2008 is discharged; and
8  2. Plaintiff's in forma pauperis status is confirmed.

10  DATED: December 5, 2008

12  _____
    **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE