1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. BJORLIN, | No. CIV S-08-0914-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SARO, | |
| Defendant. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's amended complaint (Doc. 17).  The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  See 28 U.S.C. § 1915A(a).

In his complaint, Plaintiff claims defendant Saro violated his rights under the Fourth and Eighth Amendments by subjecting him to a strip search for the purpose of harassing Plaintiff.

The District Judge has found the amended complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.  The court,

1

therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs. Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order. Plaintiff is warned that failure to comply with this order may result in dismissal of the action. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. The court authorizes service on defendant Saro;

2. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the amended complaint;

4. The Clerk of the Court is also directed to serve upon plaintiff a copy of the court's local rules; and

5. Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form(s); and

    d. Two copies of the endorsed amended complaint.

DATED: October 20, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

DANIEL P. BJORLIN,                              No. CIV S-08-0914-LKK-CMK-P
        Plaintiff,
  vs.
SARO,
        Defendant.
                              /

<u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

       Plaintiff hereby submits the following documents in compliance with the court's order:

      <u>  1  </u>        completed summons form;
      <u>      </u>        completed USM-285 form(s); and
      <u>      </u>        copies of the amended complaint.

DATED: _____                    _____
                                                          Plaintiff