# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. BJORLIN, | No. CIV S-08-0914-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SARO, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On January 24, 2012, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

///

1  Accordingly, IT IS HEREBY ORDERED that:

2      1.    The findings and recommendations filed January 24, 2012, are adopted in full;

4      2.    Defendant's motion to dismiss (Doc. 49) is granted; and

5      3.    Defendant Gladney (sued as "Rooter") is dismissed from this action, which proceeds against defendant Saro only.

DATED: March 28, 2012.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT